

NATHAN CLARK
NAME
H-57779
PRISON IDENTIFICATION/BOOKING NO.
P·O BOX 5006
ADDRESS OR PLACE OF CONFINEMENT
CALIPATRIA, CA. 92233

Note:    It is your responsibility to notify the Clerk of Court in writing of any
         change of address. If represented by an attorney, provide his name,
         address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NATHAN CLARK
FULL NAME (Include name under which you were convicted)
                                          Petitioner,

v.                    (530)

LARRY SMALL
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                          Respondent.

CASE NUMBER:
CV    CV09-8600 ODW (CW)
To be supplied by the Clerk of the United States District Court

EVIDENTIARY HEARING
REQUESTED

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.    When you have completed the form, send the original and two copies to the following address:
Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

LODGED:
CLERK, U.S. DISTRICT COURT

NOV 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other.

## PETITION

1. Venue
   a. Place of detention ___CALIPATRIA  STATE  PRISON___
   b. Place of conviction and sentence ___TORRANCE  LA  COUNTY___

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: ___ROBBERY___

   b. Penal or other code section or sections: ___211___

   c. Case number: ___VA 030216___
   d. Date of conviction: ___11-2-92___
   e. Date of sentence: ___11-2-99___
   f. Length of sentence on each count: ___5 YEARS___

   g. Plea *(check one)*:
      ☐ Not guilty
      ☒ Guilty
      ☐ Nolo contendere

   h. Kind of trial *(check one)*:
      ☐ Jury
      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes ☒ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: _____
   b. Grounds raised *(list each)*:
      (1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.   Date of decision: _____

d.   Result _____

_____

4.   If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal
     decision?   ☐ Yes   ☒ No

     If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

     a.   Case number: _____

     b.   Grounds raised *(list each)*:

          (1) _____

          (2) _____

          (3) _____

          (4) _____

          (5) _____

          (6) _____

     c.   Date of decision: _____

     d.   Result _____

          _____

5.   If you did not appeal:

     a.   State your reasons _____

          _____

          _____

          _____

          _____

     b.   Did you seek permission to file a late appeal?   ☐ Yes   ☐ No

6.   Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

     ☒ Yes   ☐ No

     If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the
     rulings on the petitions if available)*:

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

a. (1) Name of court: NORWALK SUPREME COURT

(2) Case number: VA030216

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) UNDER 1192.7 PLEA BARGINING OF ANY SERIOUS FELONY IS ILLEAGAL

(c) APPELLANT PLEA WAS NIETHER VOLUNTARY OR INTELLIGENT DUE TO COUNSLE RENDERING APPELLANT, INEFFECTIVENESS OF COUNSLE

(e) TO RECIEVE ALL DOCUMENTS CONCERNING & SURROUNDING

(f) 1992 ROBBERY CASE VA030216

(5) Date of decision: 11-14-08

(6) Result DENIED

(7) Was an evidentiary hearing held?    ☐ Yes    ☒ No

b. (1) Name of court: CALIFORNIA SUPREME COURT

(2) Case number: S171556

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): 3-27-09

(4) Grounds raised (list each):

(a) UNDER 1192.7 PLEA BARGINING OF ANY SERIOUS FELONY IS ILLEAGAL.

(c) APPELLANT PLEA WAS NIETHER VOLUNTARY OR INTELLIGENT DUE TO COUNSLE RENDERING APPELLANT, INEFFECTIVENESS OF COUNSLE

(f) TO RECIEVE ALL DOCUMENTS CONCERNING & SURROUNDII 1992 ROBBERY CASE VA030216

(5) Date of decision: 8-12-09

(6) Result DENIED

(7) Was an evidentiary hearing held?    ☐ Yes    ☒ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:**    *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground one: "1992" PLEA AGREEMENT WAS NIETHER VOLUNTARY, NOR INTELLIGENT DUE TO APPELLANT WAS NOT EVER GIVEN REAL NOTICE OF HIS ACTUAL CHARGE OR CRIME

(1) Supporting FACTS: APPELLANTS DUE PROCESS OF LAW RIGHT, GUARENTEID BY CONSTITUTION 14TH AMEND. IS BEING DENIED, APPELLANT PETITIONED, 1992 TRAIL COURT, TO RETRIEVE ALL DOCUMENTS & POLICE REPORTS & WITNESS STATEMENTS SO THAT HE MAY SUBMIT ALL EVIDENCE TO SUPPORT HIS DUE PROCESS OF LAW VIOLATION & CLAIM, BUT HE WAS DENIED NUMEROVS OF TIMES IN HIS ATTEMPS TO RECIEVE DOCUMENTS, SURROUNDING 1992 ROBBERY CASE.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

b. Ground two: UNDER P.C 1192.7 PLEA BARGINING OF "ANY SERIOUS FELONY" IS ILLEAGAL & THEREFORE APPELLANT ASK RESPECTIVELY THAT 1992 PLEA FOR CASE # VA030216 BE STRICKEN 5TH, 6TH & 14TH AMENDMENT OF DUE PROCESS & FAIR TRAIL VIOLATION

(1) Supporting FACTS: IN 1992 APPELLANT TOOK A 2 YEAR PLEA BARGIN FOR A SERIOUS FELONY, ROBBERY WHICH UNDER P.C 1192.7 IT IS ILLEAGAL UNDER CALIFORNIA LAW TO DUE SO, & APPELLANT WOULD LIKE TO WITHDRAW HIS PLEA ON THE GROUNDS OF PROSECURITAL MISCONDUCT.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☒ No

GROUND 2

TRIAL COURT EXCEEDED LIMITS OF ITS JURISDICTION WHEN, IN VIOLATION OF STATUTE P.C 1192.7 IT NEGOTIATED PLEA BARGIN WITH DEFENDANT IN CASE INVOLVING SERIOUS FELONY. TERMS OF STATUTE PROHIBITING PLEA BARGAINING IN CASE IN WHICH INDICTMENT OR INFORMATION CHARGES SERIOUS FELONY ARE MANDATORY, NOT DIRECTORY: PEOPLE V SUPERIOR COURT FOR LOS ANGELES COUNTY 140 CAL. APP. 3D 304, 189 CAL. RPTR. 669 (APP 1983)

WHEN TRIAL COURT DISREGARDS MANDATORY RESTRICTION UPON ITS POWERS, IT ACTS IN EXCESS OF ITS JURISDICTION. 1192.7 (a) PLEA BARGAINING IN ANY CASE IN WHICH THE INDICTMENT OR INFORMATION CHARGES ANY SERIOUS FELONY ... IS PROHIBITED, UNLESS, THERE IS INSUFFICIENT EVIDENCE TO PROVE THE PEOPLE'S CASE, OR TESTIMONY OF A MATERIAL WITNESS CANNOT BE OBTAINED, OR A REDUCTION OR DISMISSAL WOULD NOT RESULT IN A SUBSTANTIAL CHANGE IN SENTENCE.

SEE: PEOPLE V. BALWINDER SINGH TUNG 30 CAL. APP. 4TH 1607, 36 CAL RPTR. 2D 727 DEC. 16, 1994

PEOPLE V SUPERIOR COURT (EDMONDS) (1971) 4 CAL. 3D 605, 94 CAL. RPTR. 250, 483 P. 2D 1202

SEE: PEOPLE V SUPERIOR COURT FOR LOS ANGELES COUNTY 140 CAL. APP. 3D 304, 189 CAL. RPTR. 669 (APP. 1983) ALVIN SPENCER REAL PARTY IN INTREAST

P.C 1192.7 SEE: P.C 1237.5

6

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

c.  Ground three: *1992 COUNSLE, FOR 1992 ROBBERT CASE, RENDERED APPELLANT INEFFECTIVE ASSISTANCE OF COUNSLE IN ARRIVING AT THE WAIVER TO MOUNT A POST CONVICTION CHALLENGE TO 1992 ROBBERT CASE 6 TH AMENDMENT VIOLATION*

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

d.  Ground four: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e.  Ground five: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

GROUND    3

TRAIL COUNSEL RENDERED PETITIONER INEFFECTIVE ASSISTANCE OF COUNSEL, BY NOT INFORMING THE PETITIONER THE FULL EFFECT OF THE COURT WAIVER TO THE PLEA AGREEMENT, WHICH VIOLATED PETITIONERS 1ST 5TH 6TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

THIS VIOLATION ALSO VIOLATED PETITIONERS FUNDAMENTAL RIGHTS TO A FAIR TRAIL, UNDER THE EQUAL PROTECTION CLAUSES OF THE 14TH AMENDMENT TO THE U·S AND CALIFORNIA CONSTITUTION.

SUPPORTING FACTS

ON NOV. 2, 1992 I WAS CHARGED WITH SAID CRIME OF 2ND ROBBERY AND MY TRAIL COUNSLE ADVISED ME TO PLEAD GUILTY, TO ADVOID A SENTENCE OF 25 TO LIFE, BY THE PROSECUTOR OFFICE. PETITIONER WAS LAYMAN OF LAW, AND WAS NOT FULLY ADVISED OF HIS RIGHTS AS TO HOW MUCH TIME THE CASE TRULY CARRIED. PETITIONER WAS FORCED TO TAKE HIS PLEA AGREEMENT BY COUNSLE ADVICE, UNDER DURRESS AND BEING DENIED A FAIR TRAIL BEFORE THE COURTS.

GROUND 3

PETITIONER STATES THE CONSTITUTION REQUIRE A TRIAL JUDGE TO ORDER A DEFENDANT TO APPEAR BEFORE HIS/HER COURT WHEN THERE IS CONSTITUTIONAL ERRORS, RELATED TO A MOTION, TO WITHDRAWAL OF A GUILTY PLEA, WHICH CLEARLY SHOW AND PROVE DUE PROCESS OF CONSTITUTIONAL VIOLATIONS RELATED TO THE DEFENDANT/APPEALLANT PLEA AGREEMENT. BY LAW WHEN TRIAL COUNSEL DID NOT ACT IN THE BEST INTREAST OF THE DEFENDANT/APPEALLANT TO PROTECT HIS TRIAL RIGHTS BY LAW.

PETITIONER STATES HE WERE IN FACT DENIED AND DEPRIVED A FAIR TRIAL AND HEARING BEFORE A JURY TRIAL. PETITIONER FUNDAMENTAL RIGHTS WERE VIOLATED BY TRIAL COUNSEL AND MISLEAD BY THE PROSECUTOR ENGAGED INTO FORCING PETITIONER TO PLEA THIS ALLEGED ROBBERY CASE OUT TO ADVOID A TRIAL.

SEE: PEOPLE V GAINES  ALSO SEE PENAL CODE SEC. 1018 WHICH REQUIRES THAT A GUILTY PLEA MUST BE PERSONALLY WITHDRAWN BY A DEFENDANT IN OPEN COURT.
SEE: PEOPLE V SUPERIOR COURT (GIRON)(1974) 11 C 3D 793 114 CR 596) PLEA MAY BE WITHDRAWN FOR MISTAKE INADVERTANCE, IGNORANCE, OR ANY OTHER FACTOR THAT MIGHT DIMINISH DEFENDANT'S FREE AND CLEAR JUDGEMENT.

SEE: P.C §1237.5 WAS AMENDED TO REQUIRE THAT AN APPEAL OF EITHER A JUDGEMENT OF CONVICTION BASED ON A PLEA OF GUILTY OR NOLO CONTENDERE OR A REVOCATION OF PROBATION FOLLOWING AN ADMISSION OF THE VIOLATION CAN BE MADE IF (1) THE DEFENDANT FILES WITH THE TRIAL COURT A WRITTEN STATEMENT, EXECUTED UNDER OATH OR PENALTY OF PERJURY, SHOWING REASONABLE CONSTITUTIONAL, JURISDICTIONAL, OR OTHER GROUNDS GOING TO THE LEGALITY OF THE PROCEEDINGS, AND (2) THE TRIAL COURT EXECUTES, AND FILES A CERTIFICATE OF PROBALE CAUSE FOR SUCH APPEAL WITH THE COUNTY COURT.

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes  ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

10

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes  ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

11. Are you presently represented by counsel?    ☐ Yes  ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  11-2-09              *Nathan Clark*
          _____          _____
              *Date*                    *Signature of Petitioner*

                                          PRO  SE



## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES

PEOPLE vs. _Nathan Allen Clark_

CASE NUMBER

_VA 030216_

### GUILTY PLEA IN THE SUPERIOR COURT

1. My full name is _Nathan Allen Clark_ . I am represented by _W. O. Barret_ who is my attorney.

2. I understand that I am pleading guilty and admitting the following offenses, prior convictions and special punishment allegations, carrying possible penalties as follows:

| CT. | CHARGE | MAX TERM | YRS. | ENHANCEMENTS | YRS. | TERM FOR PRIORS | YRS. | TOTAL PENALTY YEARS |
|---|---|---|---|---|---|---|---|---|
| 1 | 211 PC | 23-5 | 5 | PC 1192.7(c)(19) | * | | | 5 |
| | | | | "Serious Felony" | | | | |

FILED
LOS ANGELES SUPERIOR COURT
NOV 02 1992
JAMES H. DEMPSEY, CLERK
BY P. COONEY, DEPUTY

EXHIBIT

Maximum Total Punishment _5 yrs_

3. [NAC] I understand that for persons sentenced to state prison the following terms of parole apply after expiration of the prison term:
   [YES] Determinate sentence up to 3-year parole plus up to 1 year maximum confinement on revocation.
   [X] Life sentence up to 5 years parole plus up to 18 months maximum confinement on revocation.

4. [NAC] I understand that the courts and the Legislature have approved plea bargaining. That it is absolutely necessary all plea agreements, promises of particular sentences or sentence recommendations be completely disclosed to the court on this form.

5. [NAC] I understand that I have the right to be represented by an attorney at all stages of the proceedings until the case is terminated and that if I cannot afford an attorney, one will be appointed free of charge.

6. [NAC] I understand that I have a right to a trial by jury, which means that 12 citizens selected by my lawyer and the prosecutor would hear all the facts in this case and decide whether or not I am guilty of the crime charged against me. All 12 citizens would have to agree that I am guilty in order for me to be convicted of any crime charged against me or all 12 citizens would have to agree that I am not guilty in order to acquit me. I hereby waive and give up this right.

7. [NAC] I understand that I have the right to be confronted by witness(es) against me; in other words, that they testify under oath in my presence, and to cross-examine them through my attorney. I hereby waive and give up this right.

8. [NAC] I understand that I have the right to testify on my own behalf, but that I cannot be compelled to be a witness against myself, and may remain silent if I so choose. I hereby give up these rights.

9. [NAC] I understand that I have the right to call witnesses to testify in my behalf and to use the assistance and processes of the court to subpoena those witnesses and to compel them to come to court to testify. I hereby waive and give up these rights.

10. [NAC] I understand that if I am not a citizen of the United States, the conviction for the offense charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

11. ☐ I understand that I may be required to register as a sex offender to section 290 of the Penal Code.

12. ☐ I understand that I may be required to register as a narcotic offender pursuant to section 11590 of the Health and Safety Code.

13. [NAC] I understand that a conviction in this case would constitute a violation of any probation or parole that I may have at this time; that the court or authority that has me on probation or parole can take me back on a violation and impose a separate sentence for the violation.

76G872  C101  4-87  PS 7.97

14. ☑ My lawyer has told me that if I plead guilty to the above charge(s), enhancement(s) and prior conviction(s), the court will *sentence me as follows:*

☑ State prison for the term prescribed by law, which term is a maximum of __2__ years imprisonment in the penitentiary. I waive my right to make application for probation and request immediate sentence.

☐ That I make an application for probation which will be considered by the court before sentence is pronounced. I understand the court may send me to state prison for a maximum of _____ years.

☐ Probation under the conditions to be set by the court. I understand that a violation of probation may cause the court to send me to the penitentiary for a maximum of _____ years on this case.

☐ Commitment to CYA          ☐ 1203.03 PC Commitment
☐ Institution of MDSO         ☐ CRC Proceedings
☐ Other __State Prison for the low-term of 2 yrs!__
_____
_____
_____

15. ☑ I understand that the court may make me pay a sum of money to the State Indemnity Fund, as part of my sentence (Section 13967 of the Government Code).

16. ☑ I have discussed the charge(s), the facts and the possible defenses with my attorney.

17. ☑ I offer my plea of "Guilty" freely and voluntarily and with full understanding of all the matters set forth in the pleading and in this form. No one has made any threats, used any force against myself, family or loved ones, or made any promises to me except as set out in this form, in order to convince me to plead guilty.

18. ☑ I offer to the court the following as the basis for my plea of guilty:

☐ Factual Basis _____

☐ I am pleading guilty to take advantage of a plea bargain.
☐ My attorney will stipulate to a factual basis for my plea.
☐ Other _____
_____
_____

19. ☑ I have personally initialed each of the above boxes and discussed them with my attorney. I understand each and every one of the rights outlined above and I hereby waive and give up each of them in order to enter my plea to the above charge(s).

DATED: __11/2/92__          SIGNED: __Nathan Clark__
                                       Defendant

20. ☐ DEFENDANT'S ATTORNEY ONLY — I am attorney of record and have explained each of the above rights to the defendant, and having explored the facts with him/her and studied his/her possible defenses to the charge(s), I concur in his/her decision to waive the above rights and to enter a plea of guilty. I further stipulate this document may be received by the court as evidence of defendant's intelligent waiver of these rights, and that it should be filed by the clerk as a permanent record of that waiver. No promises of a particular sentence or sentence recommendation have been made by myself or to my knowledge by the prosecuting attorney or the court which have not been fully disclosed in this form.

DATED: __11-2-92__          SIGNED: __Walter Davis__
                                     Attorney

21. ☐ FOR THE PEOPLE: Date: __11/2/92__   SIGNED: __Robert Gosney__
                                                   DEPUTY DISTRICT ATTORNEY

14

EXHIBIT

P.C 1192.7   PLEA BARGAINING; LIMITATION; DEFINITIONS; AMENDMENT OF SECTION

(A) PLEA BARGAINING IN ANY CASE IN WHICH THE INDICTMENT OR INFORMATION CHARGES ANY SERIOUS FELONY, ANY FELONY IN WHICH IT IS ALLEGED THAT A FIREARM WAS PERSONALLY USED BY THE DEFENDANT, OR ANY OFFENSE OF DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL, DRUGS, NARCOTICS, OR ANY OTHER INTOXICATING SUBSTANCE, OR ANY COMBINATION THEREOF, IS PROHIBITED, UNLESS THERE IS INSUFFICIENT EVIDENCE TO PROVE THE PEOPLE'S CASE, OR TESTIMONY OF A MATERIAL WITNESS CANNOT BE OBTAINED, OR A REDUCTION OR DISMISSAL WOULD NOT RESULT IN A SUBSTANTIAL CHANGE IN SENTENCE.

C) AS USED IN THIS SECTION, "SERIOUS FELONY" MEANS ANY OF THE FOLLOWING:

(19) ROBBERY OR BANK ROBBERY

E) THE PROVISIONS OF THIS SECTION SHALL NOT BE AMENDED BY THE LEGISLATURE EXCEPT BY STATUTE PASSED IN EACH HOUSE BY ROLLCALL VOTE ENTERED IN THE JOURNAL, TWO-THIRDS OF THE MEMBERSHIP CONCURRING, OR BY A STATUTE THAT BECOMES EFFECTIVE ONLY WHEN APPROVED BY THE ELECTORS.

15

EXHIBIT



257

# Waiver In Plea Bargain

In a recent article published in FAMM; Families against mandatory minimums, they discussed the case of In United States v. Cockerham, 27 F.3d 1179 (10th Cir. 2001), the court held that a defendant's waiver in a plea agreement of the right to bring a habeas corpus challenge does not foreclose the defendant from bringing a habeas corpus petition raising ineffective assistance of counsel as it relates to the voluntariness or intelligence of the plea agreement and/or the waiver.

If the petitioner can establish that the waiver of the right to mount a post conviction challenge was not knowing or intelligent, or that his counsel rendered ineffective assistance of counsel in arriving at the waiver, the waiver is not effective.

A plea bargain waiver of post-conviction rights does not waive the right to bring a section 2255 petition based on ineffective assistance of counsel claims challenging the validity of the plea or waiver. On the other hand, the plea agreement's waiver of the right to bring a habeas corpus petition will foreclose those based on other ineffective assistance of counsel claims, not related to the intelligence of the plea itself.

# EXHIBIT

 17

4 CONSTITUTIONAL LAW 265·5 VOLUNTARINESS REQUIREMENT IMPOSED BY DUE PROCESS CLAUSE FOR ENTRY OF GUILTY PLEA IS NOT SATISFIED UNLESS DEFENDANT RECIEVES REAL NOTICE OF TRUE NATURE OF CHARGED CRIME" FOR PURPOSE OF DETERMINING WHETHER DEFENDANT GUILTY PLEA WAS VOLUNTARY, IN ACCORDANCE WITH DUE PROCESS, DEFENDANT DOES NOT RECEIVE REAL NOTICE OF NATURE OF CHARGE UNLESS DEFENDANT IS INFORMED OF ELMENT OF CHARGED OFFENSES "

SUPPORTING CASES RULES OR OTHER AUTHORITY

U·S V· COKERHAM 237 F·3D

SIXTH AMENDMENT

FOURTHEENTH AMENDMENT

U·S V· BROWN 117 F·3D
(11 CIR· 1997)





1a

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 11/14/08

------------------------------------------------------------------

CASE NO. VA030216

THE PEOPLE OF THE STATE OF CALIFORNIA
                            VS.
DEFENDANT 01:  NATHAN  CLARK

------------------------------------------------------------------

COUNT 01: 211 PC FEL  - ROBBERY.


ON 11/14/08 AT  900 AM  IN SOUTHEAST DISTRICT DEPT SEJ

CASE CALLED FOR JUDICIAL ACTION

PARTIES: YVONNE SANCHEZ (JUDGE)  JAMES PATRICK  (CLERK)
         NONE        (REP)  NONE  (DDA)

DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

THE COURT HAS READ AND CONSIDERED DEFENDANT'S MOTION REQUESTING
POLICE REPORTS, WITNESS STATEMENTS AND ALL OTHER PERTINENT
DOCUMENTS SURROUNDING 1992 ROBBERY CASE DATED 10/21/08.

DEFENDANT'S REQUEST FOR PLICE REPORTS, WITNESS STATEMENTS AND
OTHER PERTINENT DOCUMENTS IS DENIED.  THESE ITEMS ARE NOT PART
OF THE COURT FILE, NOR HAS DEFENDANT SHOWN GOOD CAUSE FOR THE
PRODUCTION OF SUCH DOCUMENTS.

A COPY OF THIS MINUTE ORDER IS SENT, VIA U.S. MAIL, TO THE
FOLLOWING:

NATHAN CLARK
H57779 - C4 - 220
P.O. BOX 5006
CALIPATRIA, CALIFORNIA 92233

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED




11/14/08


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE
                                              JUDICIAL ACTION
            PAGE NO.    1          HEARING DATE: 11/14/08


20

CASE NO. VA030216
DEF NO.  01

DATE PRINTED 11/14/08

ORDER  ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

JOHN A. CLARKE , EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT,  COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____, DEPUTY

JUDICIAL ACTION
HEARING DATE: 11/14/08

PAGE NO.    2



4

MC-275

7. Ground 2 or Ground _____ (if applicable):

UNDER P.C 1192.7, PLEA BARGINING OF ANY "SERIOUS FELONYS" IS ILLEGAL AND THEREFORE, DEFENDANT ASK RESPECTIVELY THAT 1992 PLEA FOR CASE # VA030216 BE STRICKEN, BASED ON EVIDENCE FOR WHICH PLEA BAGINING WAS CLEARLY UNCONSTITUTIONAL IN DENYING/DENIAL OF DEFENDANTS 5TH & 14TH AMENDMENT OF "DUE PROCESS RIGHTS"

a. Supporting facts:

IN 1992 OF NOVEMBER, DEFENDANT, UPON ADVICE OF TRAIL COUNSEL, DEFENDANT ACCEPTED A PLEA AGREEMENT/BARGIN FOR 1992, ROBBERY CASE# VA030216. UNDER P.C 1192.7 THIS FORM OF BARGIN OR AGREEMENT, WHILE DEALING WITH A "SERIOUS FELONY" IS ILLEGAL IS "PROHIBITED". AND DEFENDANT WOULD LIKE CONSTITUTIONAL RIGHTS OF FAIR TRAIL AND DUE PROCESS 5TH, 6TH AND 14TH AMENDMENT UPHELD AND CORRECTED. AND HAVE THIS 1992 PLEA BARGIN STRICKEN AND VACATED FROM DEFENDANTS RECORD. AS THIS FORM OF PLEA BARGING IS ILLEGAL AND ALSO "PROHIBITED", WHICH MAKES IT ALSO UNCONSTITUTIONAL, DEFENDANT ASK RESPECTFULLY THAT THIS ILLEGAL PLEA BARGIN/AGREEMENT BE STRICKEN AND VACATED.

b. Supporting cases, rules, or other authority:

P.C 1192.7
5TH, 6TH AND 14TH AMENDMENT OF DUE PROCESS & FAIR TRAIL

MC-275

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

DEFENDANT, CONTENDS HIS GUILTY PLEA OF 1992 CASE# VA 030216 FOR ROBBERY, WAS NIETHER VOLUNTARY, NOR INTELLIGENT, DUE TO IT WAS NOT TOLD BY COUNSLE, NOR D-A OR JUDGE THAT GUILTY PLEA CONTRACT COULD BE APPLIED AND USED AS A STRIKE, FOR WHICH DEFENDANT CONTENDS INEFFECTIVENESS OF COUNSLE AND BASED ON EVIDENCE AND MERITS WOULD LIKE TO WITH DRAW 1992 PLEA AGREEMENT

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

DEFENDANT ALSO CONTENDS HIS 1992 PLEA AGREEMENT ON THE GROUNDS OF DURESS, BECAUSE AT TIME DEFENDANT WAS TOLD BY D-A & ALSO PUBLIC DEFENDER THAT SINCE HE WAS AT C-Y-A WALKAWAY AT TIME IT WOULD BE IN DEFENDANTS BEST INTREST TO ACEPT 1992 PLEA AGREEMENT FOR 2 YEARS THAN TO CHALLENGE THE CASE & LOSE & DO A LOT OF TIME ALSO DEFENDANT WAS ALSO GIVEN UNDUE INFLUENCE IN THE ASSISTANCE OF COUNSLE IN THAT COUNSLE ADVICE & RECOMMENDATION LEAD DEFENDANT TO TAKE 1992 PLEA FOR ROBBERY, WHICH DEFENDANT WAS CLEARLY INOCENT OF & BASED ON THE CIRCUMSTANCES DEFENDANT WOULD LIKE TO WITHDRAWN HIS, ILLEAGAL UN VOLUNTARY 1992 PLEA, & ENJOY HIS RIGHT TO A JURY TRAIL.

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

MC-275 [Rev. January 1, 2007]        PETITION FOR WRIT OF HABEAS CORPUS

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

INEFFECTIVENESS OF COUNSLE, CHALLENGING THE VALIDITY OF 1992 PLEA AGREEMENT BASED ON IN THE NEGOTIATION OF DEFENDANTS PLEA COUNSLE, DID NOT DISCUSS THIS AGREEMENT WOULD ADD UP TO A STRIKE, AND WOULD LIKE TO TAKE BACK GUILTY PLEA, AND HAVE HIS RIGHT TO A JURY TRAIL BASE ON THIS VIOLATION OF APPELLANTS RIGHT.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

DEFENDANT AGREED TO ACCEPT GUILT FOR AN 1992 ROBBERY UPON DISCUSSING WITH COUNSLE TO MAKE THIS DECISION, COUNSLE EXPLAINED ALL THAT CONSISTED WITH APPELLANTS PLEA, ALL EXCEPT FOR THIS PLEA WOULD CONSTITUTE AS A STRIKE FOR DEFENDANT BASED ON THIS AND THESE FACTS DEFENDANT, WOULD LIKE TO RECALL HIS GUILT PLEA, AND PROCEED WITH HIS RIGHT TO A JURY TRAIL, " CONSTITUTIONAL LAW 265.5 FOURTEENTH AMENDMENT DUE PROCESS CLAUSE REQUIRES THAT PLEA OF GUILTY BE KNOWINGLY AND VOLUNTARILY ENTERED BECAUSE IT INVOLVES WAIVER OF NUMBER OF DEFENDANT'S CONSTITUTIONAL RIGHTS AND PLEA OF GUILTY CANNOT SUPPORT JUDGEMENT OF GUILT UNLESS IT WAS VOLUNTARY IN CONSTITUTIONAL SENSE  U'S. C.A  CONST. AMEND. 14 "

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

U'S V COKERHAM  237 F. 3D
FOURTEENTH AMENDMENT · DUE PROCESS
SIXTH AMENDMENT - RIGHT TO COUNSLE
U'S V. BROWN  117 F. 3D

25

MC-275

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

TAKING THE FACTS & CIRCUMSTANCES OF APPELLANTS 1992 ROBBERY CASE, APPELLANT CONTENDS, THAT HIS "92" PLEA AGREEMENT WAS NIETHER VOLUNTARY NOR INTELLIGENT, DUE TO, APPELLANT WAS NOT EVER GIVEN REAL NOTICE OF HIS ACTUAL CHARGE OR CRIME

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

APPELLANT TOOK A PLEA AGREEMENT TO A 1992 ROBBERY WHICH AS TO THE TRUE NATURE OF THE CRIME APPELLANT WAS NOT GIVEN TRUE NOTICE & THERE FORE DENIED HIS DUE PROCESS OF LAW RIGHT GUARENTEED BY CONSTITUTION

APPELLANT HAS PETITIONED, 1992 TRAIL COURT TO RETREVE ALL DOCUMENTS & POLICE REPORTS & WITNESSES STATEMENTS, SO THAT HE MAY SUBMITT, TO THIS COURT, ALL EVIDENCE TO SUPPORT HIS DUE PROCESS OF LAW VIOLATIONS, BUT HE HAS BEEN DENIED NUMEROUS TIMES IN HIS ATTEMPTS,

& WITH THAT APPELLANT ASK THAT ALL DOCUMENTS CONCERNING 1992 ROBBERY, STATEMENTS, POLICE REPORTS & ALL OTHER IMPORTANT & RELEVANT DOCUMENTS, BE PRODUCED, & GRANT RESPECTFULLY APPELLANT AN EVIDENTIARY HEARING ON MATTER & TO HAVE IT HEARD ON ITS MERITS OF APPLANTS CONSTITUTION VIOLATIONS & TO GRANT APPELLANT TO WITHDRAW

b. Supporting cases, rules, or other authority (optional): HIS 1992 PLEA AGREAMENT
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

US V BROWN 117 F.3D (11TH CIR. 1997)
US V COKERHAM 237 F.3D (10TH CIR 2001)
14TH AMEND. DUE PROCESS

MC-275 [Rev. January 1, 2007]          PETITION FOR WRIT OF HABEAS CORPUS

26

MC-275

7. Ground 2 or Ground _____ (if applicable):

INEFFECTIVENESS ASSISTANCE OF COUNSEL, BASED ON COUNSEL ADVICE AND RECOMENDATION TO TAKE 1992 PLEA AGREEMENT VA030216, BECAUSE DEFENDANT WAS A C.Y.A WALKAWAY AND COUNSEL ADVISED DEFENDANT THAT HE WOULD SERVE LESSER TIME IF HE ACCEPTED THE "PLEA AGREEMENT". DEFENDANT WAS A "ACTUAL INOCENT CASE" AND BY COUNSEL HAVING KNOWLEDGE OF THIS HE SHOULD NOT HAVE GUIDED DEFENDANT IN RECOMMENDING THE ACCEPTANCE OF PLEA BARGIN/AGREEMENT

a. Supporting facts:

ON DAY OF ROBBERY CASE# VA030216, IN 1992, DEFENDANT WALKED INTO THE MARKET WHERE ROBBERY TOOK PLACE, WITH OTHER SUSPECT OF ROBBERY. UPON BEING IN MARKET THEE OTHER SUSPECT TOOK IT UPON HIMSELF TO ROB A PERSON, WHILE WE WERE THERE, AND ALSO THIS PERSON WAS SUSPECTS COUSIN. DEFENDANT ASSISTED AT NO LEVEL IN THIS ROBBERY ( DEFENDANTS HIS ONLY ROLE WAS THAT OF AN OBSERVER/WITNESS) UPON GOING TO COURT AND BEING A C.Y.A WALKAWAY AT TIME, DEFENDANTS ATTORNEY INFORMED DEFENDANT IT WOULD BE IN HIS BEST INTREST TO ACCEPT A PLEA AGREEMENT DESPITE DEFENDANTS STAND ON HIS INOCENSE, COUNSLES RECOMENDATION TO ACCEPT PLEA, WAS ONE THAT WAS NOT "PROFESIONAL" OR IN DEFENDANTS "BEST INTREAST". IN U.S V BROWN 117 F.3D & US V. COCKERHAM 237 F.3D, DEFENDANTS, WERE REMANDED FOR MAKING UNKNOWINGLY AND UNINFORMED AND UNINTELLIGENT, DECISIONS BASED ON THERE MISINTERPERTATION OF THERE ALLEGED CRIMES AND THERE LAWYERS POSITIONS TO PROVIDE PROPER REPRESENTATION. THEREFORE LEAVING THERE CLIENTS VIOLATED OF THERE RIGHT TO COUNSLE 6TH AMEND. VIOLATION... IN THE CHALLENGING OF THE VALIDITY OF THE PLEA, DUE TO COUNSLES MISLEADING ADVICE, INEFFECTIVENESS OF ASSISTANCE OF COUNSEL, IS JUST WHEN COUNSEL'S ADVICE WAS MISLEADING & UNINFORMATIVE IN ADVISING DEFENDANT TO ACCEPT GUILT WHEN TRUE INOCENSE IS VALID. WITH THAT DEFENDANT ASKS THIS COURT RESPECTIVELY TO WITHDRAW HIS 1992 PLEA AGREEMENT OF GUILT AND TO RESTART PROCEEDINGS AND HAVE A JURY TRAIL, BASED ON GROUNDS & MERITS

b. Supporting cases, rules, or other authority:

U.S V BROWN 117 F.3D & US V COCKERHAM 237 F.3D
6TH & 14TH AMENDMENT    DUE PROCESS





S171556

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

---

In re NATHAN CLARK on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.   (See *In re Robbins* (1998) 18 Cal.4th 770, 780; *In re Clark* (1993) 5 Cal.4th 750.)

Moreno and Corrigan, JJ., were absent and did not participate.

SUPREME COURT
**FILED**

AUG 1 2 2009

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
*Chief Justice*

29





## MEMORANDUM OF POINTS AND AUTHORITIES

ON NOVEMBER 2, 1992, PETITIONER TOOK A "PLEA BARGIN" IN LOS ANGELES COUNTY SUPERIOR COURT, CASE # VA030216. THE SENTENCING COURT SENTENCED HIM PETITIONER TO 2 YEARS IN STATE PRISON. THE "PLEA BARGIN" WAS FOR A SERIOUS FELONY, ROBBERY.

### ARGUMENT I

THE "PLEA BARGIN" MUST BE WITHDRAWN DISMISSED AND STRICKEN. BECAUSE UNDER PENAL CODE 1192.7, "PLEA BARGINING" IS ILLEAGAL.

### ARGUMENT II

PETITIONER WAS ACTUALLY INOCENT OF SAID CRIME OF ROBBERY AND WAS FORCED AND COHERCED TO ACCEPT "PLEA BARGIN"

### ARGUMENT III

PETITIONER COUNSLE AT TIME RENDERED PETITIONER INEFFECTIVE ASSISTANCE OF COUNSLE IN HIS LESS THAN NORMAL AND STANDARD PERFORMANCE FOR PETITIONER

### ARGUMENT IV

COURT MUST KEEP A VERBATIM RECORD OF THE PLEA PROCEEDINGS, INCLUDING THE COURTS ADVICE TO THE DEFENDANT, THE VOLUNTARINESS INQUIRY, THE DETAILS OF THE PLEA AGREEMENT AND THE FACTUAL ACCURACY INQUIRY

### STATEMENT OF FACTS

PLEA BARGINING UNDER P.C 1192.7 IS ILLEAGAL, "IN ANY INDICTMENT OR INFORMATION THAT CHARGES ANY SERIOUS FELONY.

31

AT SAID TIME PETITIONER WAS CHARGED WITH ROBBERY, WHICH UNDER 1192.7 (c)(19) IS A SERIOUS FELONY.

PETITIONERS GUILTY PLEA WAS NIETHER VOLUNTARY OR INTELLIGENT BASED ON FACTS, RAISING INEFFECTIVE ASSISTANCE OF COUNSEL AND FOLLOWING COURT RULING IN U.S V COCKERHAM 237 F.3D (10TH CIR 2001). PETITIONER WAS NOT EVER GIVEN TRUE NOTICE OF CASE AND WAS DENIED BY LOWER COURTS ALL, ANY DOCUMENTS CONCERNING 1992 PLEA AGREEMENT.

IN U.S V FERGUSON 60 F.3D 1, 2 (1ST CIR 1995) IT STATES "DEFENDANT SEEKING WITHDRAWAL OF PLEA AFTER SENTENCING MUST SHOW" FUNDAMENTAL MISCARRIAGE OF JUSTICE" OR "OMISSION INCONSISTENT WITH THE RUDIMENTARY DEMANDS OF FAIR PROCEDURE"

AS PETITIONER DID SEEK COURT RECORDS TO SHOW HIS EVIDENCE OF THE VERBATIM RECORD OF PLEA PROCEEDINGS, SO THAT HE COULD ALL EVIDENCE TO SUPPORT CLAIMS AND FACTS, HE WAS DENIED THESE DOCUMENTS, BY THE COURT OF SAID AGREEMENT "PLEA BARGIN". FED. R. CRIM. P. 11 (g) BOYKIN 395 U.S 243 AS ALSO IN MCCARTHY 394 U.S 467 "GUILTY PLEA INVALID UNDER RULE 11, BECAUSE DEFENDANT NOT ADDRESSED, INDIVIDUALLY BY JUDGE TO DETERMINE VOLUNTARINESS.

ALSO AS IN U.S V MEDINA – SILVERIO 30 F.3D 1, 3–4 (1ST CIR 1994) GUILTY PLEA INVALID AS UNKNOWING AND INVOLUNTARY WHEN

32

1  COURT FAILED TO CONDUCT PLEA COLLOQUY
2  ACCORDING TO RULE 11(c) AND MERELY INCORPORATED
3  PLEA AGREEMENT INTO RECORD BY REFERENCE.
4          ALSO AS TO ADD THE FINDING
5  IN U.S V LOWERY 60 F.3D 595 597-98 9TH CIR
6  1995 GUILTY PLEA INVALID AS UNKNOWING WHEN
7  COURT FAILED TO EXPLAIN NATURE OF "AIDING AND
8  ABETTING"
9          AS BASED ON THE FACTS AND EVIDENCE
10  PETITIONER WISH TO WITHDRAW HIS PLEA AGREEMENT OF
11  1992, AND BE GRANTED HIS CONSTITUTIONAL GAURENTEE
12  OF HIS RIGHT TO FAIR TRIAL, RIGHT TO ADAQUATE AND
13  COMPENTANT COUNSLE AND ALSO HIS EQUAL PROTECTION
14  RIGHT AND ALSO HIS FAIR DUE PROCESS OF LAW
15  RIGHT 5TH, 6TH, 14TH AMENDMENT OF CONSTITUTION
16  FOLLOWIN U.S V NAHODIL 36 F.3D 323, 326-27
17  (3D CIR 1994) COURT ABUSED ITS DISCRETION IN
18  DENYING A 28 U.S.C § 2255 MOTION WITHOUT
19  HOLDING A HEARING WHEN RECORD DID NOT PRECLUDE
20  DEFENDANTS CLAIM. U.S V HOSKINS 910 F.2D
21  309 311 (5TH CIR 1990)

22
23          CONCLUSION
24          BASED ON THE FOREGOING ARGUMENTS AND
25  AUTHORITIES, PETITIONER RESPECTFULLY REQUESTS THAT
26  THE HABEAS CORPUS PETITION FOR WRIT 28 U.S.C § 2254
27  BE GRANTED AND THAT THE 1992 PLEA BARGIN AGREEMENT
28  BE WITHDRAWN

                    RESPECTFULLY SUBMITTED
                    NATHAN CLARK
    DATE 11-2-09

                    33

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

_____

(C.C.P. SEC. 446 & 2015.5: 28 U.S.C. 1746)

I, NATHAN CLARK    DECLARE UNDER PENALY OF PERJURY THAT: I AM THE PETITIONER
IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF
AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION,
AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 15TH   DAY OF NOVEMBER   2009 AT
CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002

(SIGNATURE) Nathan Clark
DECLARANT/PRISONER

---

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)

I, NATHAN CLARK   AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF
IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A
PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON,
CALIPATRIA, CALIFORNIA 92233-5002. 2009
ON 11-15-09   IS SERVED THE FOREGOING:   CLERK OF U.S DISTRICT COURT
FOR THE CENTRAL DISTRICT
UNITED STATES COURTHOUSE
ATTN: INTAKE / DOCKET SECTION
312 N. SPRING ST.
L.A, CA. 90012

SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH
POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT
CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

CLERK OF U.S DISTRICT COURT
FOR THE CENTRAL DISTRICT
UNITED STATES COURTHOUSE
ATTN: INTAKE / DOCKET SECTION
312 N. SPRING ST.
L.A, CA. 90012

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR
COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE
UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 11-15   2009   Nathan Clark
(DECLARANT / PRISONER)

34

NATHAN CLARK
_Petitioner_

LARRY SMALL WARDEN
_Respondent(s)_

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
**IN FORMA PAUPERIS**

I, _NATHAN CLARK_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____ Ø JUNE, 2006 _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No

   b. Rent payments, interest or dividends? ☐ Yes ☒ No

   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No

   d. Gifts or inheritances? ☒ Yes ☒ No

   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: $50 FROM GRANDMOTHER & $25⁰⁰ FROM SISTER ON MY BIRTHDAY 8-15-09

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_

   ☐ Yes ☒ No
   If the answer is yes, state the total value of the items owned: _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)

Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __10-23-09__                    _Nathan Clark_
             *Date*                              *Signature of Petitioner*

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __-0-__ on account to his credit at the __Calipatria State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/A__

_____

_____

__26 OCT 2009__                     _Sandylee C. Scrivens  Agent_
        *Date*                      *Authorized Officer of Institution/Title of Officer*

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|-------|-------------------|-------------|------|----------|
| H57779 | CLARK, NATHAN | CAL | FC0400000000 | 00220L |

**Current Available Balance:**     $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|------------------|-------------|------------------|-------------|-----------------|--------|-----------------|
| 04/01/2009 | CAL | BEGINNING BALANCE | | | | $63.56 |
| 08/14/2009 | CAL | INMATE DEPOSIT | MO17085702734 | 1673 | $26.00 | $89.56 |
| 08/14/2009 | CAL | RESTITUTION FINE PAYMENT | | | ($13.00) | $76.56 |
| 08/14/2009 | CAL | ADMINISTRATIVE FEE | | | ($1.30) | $75.26 |
| 08/14/2009 | CAL | MEDICAL COPAY | 08/07/09 - DENTAL | | ($5.00) | $70.26 |
| 08/17/2009 | CAL | INMATE DEPOSIT | MO17083787400 | 1679 | $50.00 | $120.26 |
| 08/17/2009 | CAL | RESTITUTION FINE PAYMENT | | | ($20.26) | $100.00 |
| 08/17/2009 | CAL | ADMINISTRATIVE FEE | | | ($2.02) | $97.98 |
| 08/21/2009 | CAL | SALES | 42 | | ($34.42) | $63.56 |
| 09/02/2009 | CAL | FV VENDOR | | 62865 | ($22.56) | $41.00 |
| 09/02/2009 | CAL | FV VENDOR | | 62865 | ($39.22) | $1.78 |
| 09/28/2009 | CAL | INMATE DEPOSIT | MO17083899764 | 1956 | $40.00 | $41.78 |
| 10/22/2009 | CAL | SALES | 47 | | ($40.00) | $1.78 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|------------------|------------------|--------|
| FV Encumbrance | 09/02/2009 | $1.78 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|-----------------|-------------|-----------------------|-----------------------------------|-----------------|
| **No information was found for the given criteria.** | | | | |

## Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|-------------|-------------|-----------------------|------------------|-----------------------------------|-----------------|
| RESTITUTION FINE | VA030216 | $100.00 | $0.00 | ($33.26) | $0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Lindy Lee C Scrivens Acct II*
TRUST OFFICE

**2 6 OCT 2009**

2

# Inmate Statement Report

| Start Date: | 4/1/2009 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 10/26/2009 | Housing Unit: | All |
| Inmate/Group#: | H57779 | Inmate/Group Name: | CLARK, NATHAN ALLEN |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Monday, November 23, 2009

**NATHAN CLARK, H-57779**
**PO BOX 5006**
**CALIPATRIA, CA. 92233**


Dear Sir/Madam:

A  [X]  Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV09- 8600 ODW (CW)

A  [ ]  Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

A  [ ]  Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ]  District Court Judge _____
[X]  Magistrate Judge    **Carla Woehrle** _____
at the following address:

[X]  U.S. District Court
     312 N. Spring Street
     Civil Section, Room G-8
     Los Angeles, CA  90012

[ ]  Ronald Reagan Federal
     Building and U.S. Courthouse
     411 West Fourth St., Suite 1053
     Santa Ana, CA  92701-4516

[ ]  U.S. District Court
     3470 Twelfth Street
     Room 134
     Riverside, CA 92501


The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court


By: ___MWARREN_____
         Deputy Clerk