1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12  NATHAN CLARK,                    )      No. CV 09-8600-ODW(CW)
                                     )
13                 Petitioner,       )      ORDER ACCEPTING REPORT AND
                                     )      RECOMMENDATION OF UNITED STATES
14       v.                          )      MAGISTRATE JUDGE
                                     )
15  LARRY SMALL (Warden),            )
                                     )
16                 Respondent.       )
    _____)
17
18
19       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the
20  entire record in this action, as well as the Report and Recommendation
21  of the United States Magistrate Judge and all objections thereto.  The
22  court has made a de novo determination with respect to those portions
23  of the Report and Recommendation to which objection has been made.
24       **IT IS ORDERED**: (1) that the Report and Recommendation of the
25  United States Magistrate Judge be accepted; (2) that Respondent's
26  motion to dismiss (docket no. 7, filed January 27, 2010) be granted;
27  and (3) that judgment be entered dismissing the petition for lack of
28  "in custody" jurisdiction.

                                     1

1      **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED: <u>September 16, 2010</u>

5

6                                                           _____

7                       OTIS D WRIGHT, II
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28