**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATHAN CLARK, | ) | No. CV 09-8600-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: September 16, 2010

_____
OTIS D WRIGHT, II
United States District Judge